UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

ROBERT SWAPSY,

    Plaintiff,

v.

GARY L. KNOBLETT,
*C/O at Robinson Correctional Center*, and
ASSISTANT WARDEN TYLKA, *at Robinson Correctional Center*,

    Defendants.

Case No. 09-cv-577-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

DATED: November 17, 2010        NANCY ROSENSTENGEL

                                       by:s/Jina Hoyt, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**